UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| LAWRENCE D. FRANKLIN, and TIMOTHY LONG, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   CV623-037<br>) |
| WARDEN BEASLEY, et al., | )<br>)<br>) |
| Defendants. | ) |

ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 8), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**. Plaintiffs' Motion to Transfer is **DENIED**. (Doc. no. 4.) Since Plaintiff Long's claims have been severed, and will proceed in case number CV623-038, he is **DISMISSED** from this case. The Clerk is **DIRECTED** to **TERMINATE** Long as a Plaintiff in this case, and all future pleadings shall conform. Plaintiff Franklin's Motion to Proceed In Forma Pauperis, (doc. no. 9), remains pending before the Magistrate Judge.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of July, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA