UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| LAWRENCE D. FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV623-037 |
| | ) | |
| WARDEN BEASLEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 37), to which no objections have been filed. Accordingly, the Report and Recommendation is ADOPTED. (Doc. no. 37.) Franklin's Motion for a "prisoner release order," pursuant to 18 U.S.C. § 3626, is DENIED. (Doc. no. 35.)

ORDER ENTERED at Augusta, Georgia, this 14th day of June, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA